

**MARY ELIZABETH G. WINDHAM**
CHIEF U.S. PROBATION OFFICER

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF SOUTH CAROLINA**

*Professionalism is the Standard!*
*Excellence is the Goal!*

REPLY TO:
Columbia Probation Office
Strom Thurmond Federal Building
1835 Assembly St., Rm. 611
Columbia, SC 29201-2445
Tel: 803-253-3310
Fax: 803-765-5420

October 25, 2021

The Honorable J. Michelle Childs
United States District Court Judge
901 Richland Street
Columbia, SC 29201

          RE:    CARROLL, Ralph William
                  Docket No.: 1:17CR00777-007JMC
                  <u>**Early Termination Request**</u>

Dear Judge Childs:

On February 14, 2019, Your Honor sentenced the defendant for the offense of Conspiracy to Commit Wire and Mail Fraud and Structure Monetary Transactions to Evade Reporting Requirements, in violation of 18 U.S.C. § 371. The defendant was placed on probation for a term of 5 years. The Court ordered a $100.00 special assessment fee and the following special conditions: 1) The defendant must not incur new credit charges, or open additional lines of credit without the approval of the probation officer; 2) The defendant must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office; and 3) The defendant shall be placed on home detention with a Global Positioning Satellite (GPS)/ Radio Frequency (RF) system for a period of 240 days. The defendant shall pay the cost of the location monitoring program. Additionally, the Court ordered restitution in the amount of $24,824.00 joint and several with Tracy Riley, to be paid in monthly installments of $100.00.

Following the imposition of his sentence, Mr. Carroll began the location monitoring program as required. Mr. Carroll's attorney, Creighton Coleman, Esquire, filed a motion requesting his GPS monitoring condition be removed based on his compliance throughout supervision. On September 11, 2019, Your Honor granted the defendant's motion, requiring the defendant to continue under general supervision and to adhere to all remaining standard and special conditions of supervision as previously imposed.

The purpose of this correspondence is to address the defendant's status under supervision. On March 13, 2021, Mr. Carroll was taken to Lafayette General Medical Center unresponsive. He was subsequently found to have an acute brainstem hemorrhage on his CT scan resulting from a stroke. He was admitted into the Intensive Care Unit and discharged a month later, on April 14, 2021, and he was transferred to inpatient rehabilitation. According to his hospitalization records, Mr. Carroll was unable to vocalize, unable to move his extremities, reported double/blurry vision, and was placed on a feeding tube. Upon discharge, Mr. Carroll was required to have 24-hour rehabilitation nursing for management of his bowels, bladder, skin, medication, and safety measures, as well as extensive physical and occupational therapy to improve his impairments. Mr.

**CARROLL, Ralph William**
**Docket No.: 1:17CR00777-007JMC**
<u>**Early Termination Request**</u>

Carroll is now home with his family but requires a full-time nurse in addition to his wife, Tracy Riley, being his care taker. Ms. Riley advises Mr. Carroll can no longer walk, talk, bathe, or feed himself. The United States Probation Office has made contact with Mr. Carroll since his return home and verified he is mostly bedridden and unable to communicate with his officer. Ms. Riley provided all of Mr. Carroll's medical paperwork verifying his condition and impairments.

Under 18 U.S.C. §§ 3564(c) and 3583(e)(1), the Court may terminate terms of probation in misdemeanor cases at any time; and terms of supervised release or probation in felony cases after the expiration of one year of supervision, if the Court is satisfied that such action is warranted by the conduct of the person under supervision and is in the interest of justice. Pursuant to the Guide to Judiciary Policy, Vol. 8E, Chapter 3, §360.20(c), at 18 months, there is a presumption in favor of recommending early termination for persons who meet the following criteria:

(1) The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h)) or has not committed a sex offense or engaged in terrorism;
(2) The person presents no identified risk of harm to the public or victims;
(3) The person is free from any court-reported violations over a 12-month period;
(4) The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
(5) The person is in substantial compliance with all conditions of supervision; and
(6) The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

Furthermore, pursuant to the Guide to Judiciary Policy, Vol. 8E, Chapter 3, §360.20(f), officers should consider early termination for all persons who have been supervised for 12 months under low-risk supervision standards and who otherwise meet the eligibility criteria.

Mr. Carroll meets the statutory criteria, as well as the policy criteria, for consideration of early termination of his supervision. He has been supervised under low-risk supervision since October 8, 2019. Of the 60 months of probation originally ordered, he has completed 32 months. He has completed monthly reports as required and continues to abide by his special conditions of probation. While the defendant does have a restitution obligation, it is joint and several with his wife, Tracy Riley, who is still under supervision and makes payments for both herself and her husband. Due to Mr. Carroll's physical and mental impairments resulting from his stroke, Mr. Carroll appears to be unable to carry out the requirements of supervision. Based on the above information and his current medical condition, the United States Probation Office would recommend early termination of supervision at this time.

**CARROLL, Ralph William**
**Docket No.: 1:17CR00777-007JMC**
**Early Termination Request**

Should Your Honor require any other information regarding this matter, please contact me at 803-765-6505.

Sincerely,

*Taylor Noble*

Taylor Noble
United States Probation Officer Assistant

Reviewed and Approved:

*Patrick R. Carroll, Jr.*

Patrick R. Carroll, Jr.
Assistant Deputy Chief United States Probation Officer